

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-11-00247-CR
_____


MISTY LAVERNA DALE MAYO, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 354th Judicial District Court
Hunt County, Texas
Trial Court No. 26,303


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Misty Laverna Dale Mayo entered an open plea of guilty to all fourteen charges spread across five cases tried together in Hunt County, Texas. The multiple counts included charges for injury to a child, indecency with a child by contact, sexual assault of a child, and aggravated sexual assault of a child.[1] The trial court accepted her plea, found her guilty on all counts, and ultimately sentenced her to various terms of confinement ranging from ten to fifty years each. After finding errors in the judgments regarding whether the sentences for the eight charges contained in the last two cases were to be served concurrently or consecutively, the trial court attempted to correct the errors by entering nunc pro tunc judgments with revised sentencing instructions.

---

[1]The five cases before us on appeal, all resolved by opinions issued today, are as follows:

| Appeal Case Number | Trial Case Number | Count: Offense | Sentence | Sentence Group |
|---|---|---|---|---|
| 06-11-00243-CR | 26,276 | Count 1: injury to a child | 10 years | A |
| | | Count 2: injury to a child | 10 years | |
| 06-11-00244-CR | 26,277 | Count 1: injury to a child | 10 years | |
| | | Count 2: injury to a child | 10 years | |
| 06-11-00245-CR | 26,278 | Count 1: aggravated sexual assault of a child | 50 years | |
| | | Count 2: aggravated sexual assault of a child | 50 years | |
| 06-11-00246-CR | 26,279 | Count 1: indecency with a child by contact | 20 years | B |
| | | Count 2: indecency with a child by contact | 20 years | |
| | | Count 3: aggravated sexual assault of a child | 50 years | |
| | | Count 4: aggravated sexual assault of a child | 50 years | |
| 06-11-00247-CR | 26,303 | Count 1: indecency with a child by contact | 20 years | C |
| | | Count 2: sexual assault of a child | 50 years | |
| | | Count 3: sexual assault of a child | 50 years | |
| | | Count 4: sexual assault of a child | 50 years | |

Here, Mayo appeals from her convictions in trial court cause number 26,303. She contends that the trial court erred in entering: (1) the nunc pro tunc judgments because they were not issued in her presence; (2) the nunc pro tunc judgments because they vary from the trial court's oral pronouncement of sentence; and (3) the original judgments because they varied from the trial court's oral pronouncement of sentence.

Since the issues and arguments raised in this case are identical to those presented in Mayo's companion appeal from trial court cause number 26,279, and for the reasons stated in our opinion in *Mayo v. State*, cause number 06-11-00246-CR, we modify the nunc pro tunc judgments and affirm the judgments as modified.


Bailey Moseley
Justice


Date Submitted:     June 4, 2012
Date Decided:       June 7, 2012

Do Not Publish

3